IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-cv-81590-Cohn/Seltzer

HYLAS YACHTS, INC., a foreign corporation,

 Plaintiff,

vs.

RICHARD STROTHER, T3 VISTAS, LLC, a
Nevada limited liability company, TROY TUCKERMAN
STROTHER, FLASHCAT VENTURES, LLC, an inactive foreign
Limited Liability Company, FIT IN YOUR JEANS BY
FRIDAY, LLC, an inactive foreign limited liability company,
CREDITSMARTPRO, LLC, an inactive foreign limited
liability company, STROTHER FILM PARTNERS, LP, a Delaware
limited partnership, and STROTHER FILM PARTNERS II, L.P.,
a California limited partnership,

 Defendants.
_____/

## NOTICE OF FILING CLERK'S CERTIFICATION OF JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

Plaintiff Hylas Yachts, Inc., a foreign corporation, by and through their undersigned counsel and pursuant to the local rules of the Southern District of Florida and the Federal Rules of Civil Procedure, herein files the attached Notice of Filing Clerk's Certification of Judgment To Be Registered in Another District.

*Hylas Yachts, Inc. vs. Strother, et.al.*
*Case No.:   9:15-cv-84590-JIC*

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 SE 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By:   /s/ *Geoffrey Ittleman*
Geoffrey D. Ittleman, Esq.
Fla. Bar No.: 377790

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was served by process server to each Defendant this 9th day of December, 2015.

Respectfully submitted,

THE LAW OFFICES OF GEOFFREY D. ITTLEMAN, P.A.
110 SE 6th Street, Suite 2300
Fort Lauderdale, Florida 33301
Tel: (954) 462-8340
Fax: (954) 462-8342
geoffrey@ittlemanlaw.com

By:   /s/ Geoffrey Ittleman
Geoffrey D. Ittleman, Esq.
Fla. Bar No.: 377790