UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81590-CIV-COHN/SELTZER

HYLAS YACHTS, INC., etc.,

    Plaintiff,

vs.

RICHARD STROTHER, et al.,

    Defendants.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon its prior Order to Show Cause [DE 38] and Plaintiff's Response thereto [DE 45]. The Court need not await a reply from Defendants. The Court has reviewed these papers and the case record, and is otherwise advised in the premises.

It its prior Order to Show Cause, the Court observed that Plaintiff's Complaint [DE 1] fails to comply with Federal Rule of Civil Procedure 8. Plaintiff's claims are wholly conclusory and do not contain a short and plain statement showing that Plaintiff is entitled to relief. The Court warned that it was prepared to dismiss Plaintiff's case on this basis, but permitted Plaintiff an opportunity to show cause why the Court should not do so.

Plaintiff's Response does not address this issue. The Response does provide sufficient detail concerning the allegedly fraudulent transfer of a Mercedes Benz from a corporation owned by judgment debtor Richard Strother to his son. But these statements in a Response do not correct deficiencies in the operative complaint, and

are inadequate to render debtor's son liable for a judgment in excess of $2 million in any event.

Accordingly, the Court will dismiss Plaintiff's Complaint. Dismissal is of course without prejudice. The Court again notes the availability of post-judgment discovery upon proper registration of Plaintiff's Massachusetts judgment. Through such discovery, Plaintiff may gather the facts necessary to plausibly allege the specific fraudulent transfers it seeks to undo, and the nature of the relationship between judgment debtor and the defendant corporations that Plaintiff contends would make piercing their corporate veils appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.

2. The Clerk of Court is directed to **CLOSE** the case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of April, 2016.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF
and pro se parties to addresses on file.